# EXHIBIT DX 14

# SDNY INDEX NUMBER 22-CV-5559-AS

JC

SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION: FIRST DEPARTMENT

---------------------------------------------------------------X

DANIAL EHRLICH,

Petitioner-Appellant

Index No: 162389/15

**Affirmation in Opposition to Stay**

—against—

HENRY GIMINEZ, JOEL KRINGEL, FRANK NAHOUM, and BENNY PELKARIAN

Respondent-Respondent.

---------------------------------------------------------------X

**THOMAS STANZIALE**, an attorney duly admitted to practice law before the Courts of the State of New York, hereby affirms the following statements to be true under the penalties of perjury:

1. I am the attorney for Respondents, HENRY GIMINEZ, JOEL KRINGLE, FRANK NAHOUM, and BENNY PELKARIAN and am fully familiar with the facts and circumstances in this matter.

2. That this Affirmation is made in Opposition to Petitioner-Appellant, DANIAL EHRLICH'S motion pursuant to CPLR §2201 and CPLR §5519(c) requesting an Order to stay AAA Arbitration proceeding #01-15-0004-3427 that was commenced on July 20, 2015 pending a decision on his Appeal.

3. The pending Arbitration was brought by the Respondents HENRY GIMINEZ, JOEL KRINGLE, FRANK NAHOUM, and BENNY PELKARIAN against Petitioner-Appellant, DANIAL ERLICH for his breaches of POWERHOUSE'S Articles of Agreement dated December 10, 2012, (*i.e. binding Arbitration Provision included*), the Joinder Agreement dated August 8, 2013, Amended Articles of Agreement dated January 28, 2014 and Distribution Agreement February 6, 2015 (the "Agreements") and

-against-

HENRY GIMINEZ, JOEL KRINGLE, FRANK NAHOUM, and BENNY PELKARIAN

*Respondents*

## AFFIRMATION IN OPPOSITION TO MOTION TO STAY ARBITRATION

THOMAS STANZIALE, ESQ.
Attorney for Respondents
72 Jericho Tpke, Ste. 1
Mineola, New York 11501
(516) 746-6054

Notice: Service via Electronic Transmissions Prohibited without Prior Permission

To

Attorney(s) for

Signature (Rule 130-1.1-a)

Print name beneath by Thomas Stanziale, Esq.

Service of a copy of the within is hereby admitted

Dated,

Attorney(s) for

Sir: -Please take notice

*NOTICE OF ENTRY*

that the within is a *(certified)* true copy of a duly entered in the office of the clerk of the within court on 20

*NOTICE OF SETTLEMENT*

that an order of which the within is a true copy will be presented for settlement to the HON. one of the judges of the within named Court, at on the day of 20 at M.

Dated,

Yours, etc.

THOMAS STANZIALE, ESQ.
Attorney for Respondents
72 Jericho Tpke, Ste. 1
Mineola, New York 11501
(516) 746-6054

To

Attorney(s) for

# MOTION INDEX

## Orders Released on February 16, 2017


A., Carmen G. . . . . . . . . . . M-6322
A., "No Given Name" . . . . . . . . . . M-6413
A., Peyton Prince . . . . . . . . . . M-6389
Administration for Children's Services . . . . . . . . . . M-6402
Administration for Children's Services . . . . . . . . . . M-6389
Administration for Children's Services . . . . . . . . . . M-415
Administration for Children's Services . . . . . . . . . . M-6413
Administration for Children's Services . . . . . . . . . . M-6343
AM Solutions, LLC . . . . . . . . . . M-121
Amaya . . . . . . . . . . M-6607, M-6652, M-21
Anonymous . . . . . . . . . . M-6320
Armond, Mario . . . . . . . . . . M-31

Babou, Modou . . . . . . . . . . M-277
Bah, Malick . . . . . . . . . . M-6457
Bevel, Jeffrey . . . . . . . . . . M-188
Black United Fund of New York, Inc . . . . . . . . . . M-5743
Brown, Peter . . . . . . . . . . M-6427
BUFNY Houses Associates . . . . . . . . . . M-122

C., Antonio . . . . . . . . . . M-352
C., Donna L. . . . . . . . . . . M-201X
C., Louis D. . . . . . . . . . . M-201X
C., Roberto C. . . . . . . . . . . M-6602
Caceres, Raudy . . . . . . . . . . M-5904
Camarano, Robert . . . . . . . . . . M-5870
Cardinal McCloskey Community Services . . . . . . . . . . M-6389
Castro, Daniel . . . . . . . . . . M-167
CBS Outdoor, Inc . . . . . . . . . . M-5748
Cerio . . . . . . . . . . M-6656
CitiMortgage, Inc . . . . . . . . . . M-6296, M-35
City of New York . . . . . . . . . . M-5748
Clark, Marvin . . . . . . . . . . M-70
Colon, Paul . . . . . . . . . . M-313
Colon, Paul J. . . . . . . . . . . M-313
Colony Insurance Company . . . . . . . . . . M-200X
Cordero . . . . . . . . . . M-6321
Cuevas, Hector . . . . . . . . . . M-72

Dinkins . . . . . . . . . . M-6272
Draper, John . . . . . . . . . . M-6316

E., Queenzephanyia. . . . . . . . . . . . . . . . . . . . . . . . . M-273
Ehrlich. . . . . . . . . . . . . . . . . . . . . . . . . M-268
Eisner. . . . . . . . . . . . . . . . . . . . . . . . . M-157

French-American Aid for Children, Inc. . . . . . . . . . . . . M-5602

G.-A, Jose Luis. . . . . . . . . . . . . . . . . . . . . . . M-353
Gainey, Carl. . . . . . . . . . . . . . . . . . . . . . . . M-89
Garcia, Luis. . . . . . . . . . . . . . . . . . . . . . . . M-90
Gracia, Luis. . . . . . . . . . . . . . . . . . . . . . . . M-90

Harvin, Richard. . . . . . . . . . . . . . . . . . . . . . M-6533
Henderson. . . . . . . . . . . . . . . . . . . . . . . . M-5629
Hicks, Kareem. . . . . . . . . . . . . . . . . . . . . . M-6534
Hicks, Karim. . . . . . . . . . . . . . . . . . . . . . M-6534
Hlimi, Nabil. . . . . . . . . . . . . . . . . . . . . . M-6530
Holloway, Lawrence. . . . . . . . . . . . . . . . . . . M-6531
Howard. . . . . . . . . . . . . . . . . . . . . . . . . M-143
Howell. . . . . . . . . . . . . . . . . . . . . . . . . M-22
Hoyos. . . . . . . . . . . . . . . . . . . . . M-269, M-285
Humphrey, Sigfried. . . . . . . . . . . . . . . . . . . M-6531

J., Syriah. . . . . . . . . . . . . . . . . . . . . . . M-273
James, Barry (People ex rel.). . . . . . . . . . . . . . M-6028
JC Realty Development Corp. . . . . . . . . . . . . . . M-126
Jones. . . . . . . . . . . . . . . . . . . . . . . . . M-5788

Ke, Jason. . . . . . . . . . . . . . . . . . . . . . . M-6261
Kelly. . . . . . . . . . . . . . . . . . . . . . . . . M-4054
Kiebe. . . . . . . . . . . . . . . . . . . . . . . . . M-5602

Lane. . . . . . . . . . . . . . . . . . . . . . . . . M-22
Larowitz. . . . . . . . . . . . . . . . . . . M-5715, M-5737
Lebetkin. . . . . . . . . . . . . . . . . . . M-5715, M-5737

M., Consuelo. . . . . . . . . . . . . . . . . . . . . M-5820
M., Leannah Lee. . . . . . . . . . . . . . . . . . . . M-415
M., Michael David. . . . . . . . . . . . . . . . . . . M-415
M., Serenity Victoria. . . . . . . . . . . . . . . . . M-415
McK., Kevin. . . . . . . . . . . . . . . . . . . . . . M-306
McPhail, Lakira . . . . . . . . . . . . . . . . . . . M-3819
Mecca Contracting, Inc. . . . . . . . . . . . M-6607, M-6652, M-21
Miller. . . . . . . . . . . . . . . . . . . . . . . . M-5628
Montgomery, Harold. . . . . . . . . . . . . . . . . . . M-95
Morales, Elliot. . . . . . . . . . . . . . . . . . . . M-88

Neighborhood Partnership Housing Development. . . . . . . . M-126
New York City Administration for Children's Services. . . . M-273
NY-1095 Avenue of the Americas, LLC. . . . . . . . . M-269, M-285

P., Andrea Lee. . . . . . . . . . . . . . . . . . . . . . . . M-6389
P., Hope Linda. . . . . . . . . . . . . . . . . . . . . . . . M-6389
P., Kaylin. . . . . . . . . . . . . . . . . . . . . . . . . . M-6402
Pichardo. . . . . . . . . . . . . . . . . . . . . . . . . . . M-5696
Pierre. . . . . . . . . . . . . . . . . . . . . . . . . . . . M-5749

Radesco. . . . . . . . . . . . . . . . . . . . . . . . . . . . M-96
Ramos, Raymond. . . . . . . . . . . . . . . . . . . . . . . . M-99
Ramirez, Giovanny. . . . . . . . . . . . . . . . . . . . . . . M-98
Rios, Jermaine. . . . . . . . . . . . . . . . . . . . . . . . M-100
Rivera, Alejandro. . . . . . . . . . . . . . . . . . . . . . . M-6184
Rivera, Ricardo. . . . . . . . . . . . . . . . . . . . . . . . M-102
Robinson, Shanta. . . . . . . . . . . . . . . . . . . . . . . M-103
Rodriguez, Angel. . . . . . . . . . . . . . . . . . . . . . . M-104
Rodriguez, Jeramie. . . . . . . . . . . . . . . . . . . . . . M-6509
Rodriguez, Christian. . . . . . . . . . . . . . . . . . . . . M-5510
Rodriguez-Modesto, Gerardo. . . . . . . . . . . . . . . . . . M-106
Ross, Gary. . . . . . . . . . . . . . . . . . . . . . . . . . M-189
Roundtree, Juel. . . . . . . . . . . . . . . . . . . . . . . . M-6338
Ruiz, Jose. . . . . . . . . . . . . . . . . . . . . . . . . . M-109

S., Fame Natasha. . . . . . . . . . . . . . . . . . . . . . . M-6343
S., Mason. . . . . . . . . . . . . . . . . . . . . . . . . . M-6402
Salcora Construction Corp. . . . . . . . . M-6607, M-6652, M-21
Sanders, Darryl. . . . . . . . . . . . . . . . . . . . . . . . M-108
Santiago, Sammy. . . . . . . . . . . . . . . . . . . . . . . . M-110
Santos, Wilfred. . . . . . . . . . . . . . . . . . . . . . . . M-112
Sass, Jonathan. . . . . . . . . . . . . . . . . . . . . . . . M-5566
Shapiro, Robert. . . . . . . . . . . . . . . . . . . . . . . . M-113
Simmon, Servina. . . . . . . . . . . . . . . . . . . . . . . . M-114
Sims, Christian. . . . . . . . . . . . . . . . . . . . . . . . M-115
Smith, Ramel. . . . . . . . . . . . . . . . . . . . . . . . . M-116
Spicer, Jonathan. . . . . . . . . . . . . . . . . . . . . . . M-117
Structure Tone, Inc. . . . . . . . . . . . . . . . . M-269, M-285
Sykes, Lorenzo. . . . . . . . . . . . . . . . . . . . . . . . M-120
Szafran. . . . . . . . . . . . . . . . . . . . . . . . . . . . M-169

Taylor, Clifford. . . . . . . . . . . . . . . . . . . . . . . M-5712
Tomczyk, Jason. . . . . . . . . . . . . . . . . . . . . . . . M-6022
Torres, Janner. . . . . . . . . . . . . . . . . . . . . . . . M-122
Trotman-Christiani, Philipe. . . . . . . . . . . . . . . . . . M-123

U., Ahzahriah Bahar-Zawach. . . . . . . . . . . . . . . . . . . M-6413
U., Angelicah Krystal. . . . . . . . . . . . . . . . . . . . . . M-6413

Vargas, Giovanni. . . . . . . . . . . . . . . . . . . . . . . . M-124
Vasquez, Benjamin. . . . . . . . . . . . . . . . . . . . . . . M-6524
Verizon New York, Inc. . . . . . . . . . . . . . . . . . . . . M-136

Watson, Michael. . . . . . . . . . . . . . . . . . . . . . . . M-125
Westco Insurance Company. . . . . . . . . . . . . . . . . . . . M-200X

Zlotnick. . . . . . . . . . . . . . . . . . . . . . . . . . . . M-5211

At a Term of the Appellate Division of the Supreme Court held in and for the First Judicial Department in the County of New York on February 16, 2017.

Present: Hon. Rolando T. Acosta, Justice Presiding,
Dianne T. Renwick
Karla Moskowitz
Paul G. Feinman
Ellen Gesmer, Justices.

---------------------------------------X

Daniel Ehrlich,

Petitioner-Appellant,

For a Judgment Pursuant to Article 75 of the Civil Practice Law and Rules,

M-268
Index No. 162389/15

-against-

Henry Giminez, Joel Kringel, Frank Nahoum and Benny Pelkarian,

Respondents-Respondents.

---------------------------------------X

An appeal having been taken from an order of the Supreme Court, New York County, entered on or about March 17, 2016, and said appeal having been perfected,

And, petitioner having moved for an order staying a certain arbitration proceeding pending hearing and determination of the aforesaid appeal,

Now, upon reading and filing the papers with respect to the motion, and due deliberation having been had thereon, it is

Ordered that the motion is granted.

ENTER:

DEPUTY CLERK